IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CATINA QUINN                                                PLAINTIFF

VS.                    CIVIL ACTION NO. 5:11-cv-161(DCB)(RHW)

BENJAMIN J. CHARLES;
CRANE TRANSPORT, INC.;
and CRANE LOGISTICS, LLC                            DEFENDANTS

## ORDER

This cause is before the Court on defendant Crane Logistics, LLC's motion for summary judgment **(docket entry 53)**. On August 24, 2012, an Agreed Judgment of Dismissal was entered by the Court, dismissing Crane Logistics, LLC, without prejudice by agreement of the parties. Therefore, the Court finds that the motion for summary judgment is moot.

Accordingly,

IT IS HEREBY ORDERED that defendant Crane Logistics, LLC's motion for summary judgment **(docket entry 53)** is MOOT.

SO ORDERED, this the 24th day of September, 2012

                                       /s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE